A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

FILED
JUL 27 2011
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Ryan Vanbeell Harris

391818
Inmate (DOC) number

(Enter above the full name of each plaintiff in this action.)

VERSUS

Dixon Correctional Institute

Louisiana Dept. of Public Safety and Corrections

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Ryan Vantrell Harris # 391818

Address EHCC, P.O. Box 788, St Gabriel, La. 70776

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Dixon Correctional Institute ______ is employed as ______ at ______

C. Additional Defendants: Louisiana Dept. of Public Safety and Corrections

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **<u>Do not given any legal arguments or cite any cases or statutes.</u>** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Ryan Vantrell Harris
EHCC
P.O. Box 788
St. Gabriel, La. 70776

BATON ROUGE LA 707
26 JUL 2011 PM 2 T




U.S. MARSHAL
SCREENED

Clerks Office
777 Florida St. Ste. 139
Baton Rouge, La. 70801-1712

7080181766