UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RYAN VANTRELL HARRIS (#391818)

VERSUS

DIXON CORRECTIONAL INSTITUTE, ET AL

CIVIL ACTION

NO. 11-481-RET

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 1, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint shall be dismissed as frivolous and this action shall be dismissed.

Baton Rouge, Louisiana, August 19th, 2011.

_____
JAMES J. BRADY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA