UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RYAN VANTRELL HARRIS (#391818)

VERSUS

DIXON CORRECTIONAL INSTITUTE, ET AL

CIVIL ACTION

NO. 11-481-RET

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's complaint is dismissed as frivolous and this action is dismissed.

Baton Rouge, Louisiana, August 15th, 2011.

JAMES J. BRADY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA